1  Sheila M. Salomon (SBN 164619)
   Andrew L. Chang (SBN 222309)
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:    415.544.1900
4  Facsimile:    415.391.0281

5

6  Attorneys for Plaintiffs
   VIRGIN RECORDS AMERICA, INC.; ATLANTIC
7  RECORDING CORP.; BMG MUSIC; SONY BMG
   MUSIC ENTERTAINMENT; CAPITOL RECORDS,
8  INC.; UMG RECORDINGS, INC.; AND ARISTA
   RECORDS LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD HITT,<br><br>        Defendant. | Case No. 1:05-CV-00829-AWI-LJO<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

92816v1

Plaintiffs have filed an Ex Parte Application to Continue the Mandatory Scheduling Conference. Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the initial scheduling conference previously set for October 17, 2005 is continued to December 19, 2005 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:   September 28, 2005**          _____/s/ Lawrence J. O'Neill_____
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE