SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:     (415) 544-1900
Facsimile:     (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
VIRGIN RECORDS AMERICA, INC.; ATLANTIC
RECORDING CORP.; BMG MUSIC; SONY BMG
MUSIC ENTERTAINMENT; CAPITOL
RECORDS, INC.; UMG RECORDINGS, INC.;
AND ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,,<br><br>        Plaintiffs,<br>  v.<br><br>DONALD HITT,<br><br>        Defendant. | CASE NO. 05-CV-00829 AWI LJO<br><br>ORDER GRANTING **EX PARTE APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE** |

Plaintiffs have filed an Ex Parte Application For Extension of Time to Effectuate Service. Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Ex Parte Application is GRANTED and Plaintiffs have an additional 60 days to serve Defendant with the Summons and Complaint.

Plaintiffs' deadline to serve the Defendant with the Summons and Complaint is December 20, 2005.

IT IS SO ORDERED.

Dated:     October 19, 2005                    /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE